**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
_____ **DIVISION**

2026 FEB 11  P 3: 37

Allen Bryant Jr
3296 Little John Dr
Montgomery, Ala 36109
PLAINTIFF

v.

Bullock County Board of Education
Sean Dees/Carmen Smith/Kelia Browder
108 Hardaway Avenue
Union Springs, Al 36089
DEFENDANT

CASE ACTION NO.: 2:26-cv-00093-ECM-KFP

JURY DEMAND (MARK ONE)

☐ YES      ☐ NO

## EEOC  COMPLAINT

1. Plaintiff resides at 3296 Little John Dr. Montgomery Ala 36109

2. Defendant(s)' name(s) / Sean Dees, Superintendent

Location of principal office(s) of the named defendant(s)
108 Hardaway Avenue West
Union Springs, Alabama 36089-0231

Nature of defendant(s)' business  Education

Approximate number of individuals employed by defendant(s) 200

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

1. ☑ Failure to employ me.
2. ☑ Termination of my employment.
3. ☐ Failure to promote me.
4. ☑ Other acts as specified below: No due process, retaliation,

5. Plaintiff is:

A. ___ Presently employed by the defendant.

   _✓_ Not presently employed by the defendant. The dates of employement were _10-23-2023 to 5-19-2025_ Employment was terminated because:

   (1) _✓_ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

A. _✓_ My race.
B. ___ My religion.
C. _✓_ My sex.
D. ___ My national origin.
E. _✓_ Other, as specified below: _my age, my disability my complaint about working conditions._

7. The name(s), race, sex, and the position  or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Sean Dees, Black, male, superintendent, Carmen Smith, Black, Female, asstant Superintendent, Kelia Drowder, Black, Female, principal_

8. The alleged discrimination occurred on or about _May 19, 2025_.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: _I complain for over a year about a water leakage that students had to pass by everyday and the ground was nothing but mud. Inviting snakes. I also complained about having to swept and mod the classroom floor, very poor maintenance of the building. It was very dirty. Not rehiring me was a form of retaliation. Defendant did hire nine other teachers and some are not certified._

10. The alleged illegal activity took place at _Union Springs Elementary School, 211 Conecuh Avenue, Union Springs, Alabama 36089_

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _October 30, 2025_ . I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _12-15-2025_

12. I seek the following relief:

A. ✓ Recovery of back pay.
B. ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _Feb 11, 2026_

_Allen Bryant, Jr_
Signature of Plaintiff

_3296 Little John Drive_
_Montgomery, Ala 36109_
_773-407-12728_
Address & Telephone Number of Plaintiff

C. Compensatory Damages
1. Court cost
2. Back pay → $68,000
3. Front pay (5 yrs) $340,000
4. Lost Benefits $2,590
5. Emotional Harm (distress) $100,000
6. Punitive Damages 100,000

Total $610,000